UNITED STATES DISTRICT COURT

BROOKS, RONNIE RAY
PLAINTIFF

Civil Action

THE STATE of TEXAS
DEFENDANT

SA21CA0074 DAE

FILED
JAN 2 9 2021
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

TORT CIVIL LAW SUIT

I

THIS IS A CIVIL ACTION AUTHORIZED BY 42 U.S.C. AND SECTION 1983 TO REDRESS THE DEPRIVATION UNDER COLOR OF STATE LAW OF RIGHT SECURED BY THE CONSTITUTION OF THE UNITED STATES. THE COURT HAS THE JURISDICTION UNDER 28 U.S.C. 1331 + 1343 (A)(3). PLAINTIFF SEEKS DECLARATORY RELIEF PURSUANT TO 28 U.S.C. SECTION 2201 + 2202. PLAINTIFF'S CLAIMS FOR INJUNCTIVE RELIEF ARE AUTHORIZED BY 28 U.S.C. SECTION 2283 + 2284 AND RULE 65 OF THE FEDERAL RULE OF CIVIL PROCEDURE.

THE 435th DISTRICT COURT MONTGOMERY COUNTY, TX IS AN APPROPRIATE VENUE UNDER 28 U.S. SECTION 1391 (b)(2) BECAUSE IT IS WHERE THE EVENTS GIVING RISE TO THIS CLAIM OCCURRED.

II

PLAINTIFF, RONNIE RAY BROOKS, IS AND WAS AT TIMES MENTIONED HEREIN A PRISON OF THE STATE OF TEXAS IN CUSTODY OF THE TEXAS DEPARTMENT OF CORRECTIONS. HE IS CURRENTLY CONFINED IN THE HUNTSVILLE WALLS, 815 12th STREET HUNTSVILLE, TEXAS 77348.

(1)

United States District Court

Brooks, Ronnie Ray
Plaintiff

Civil Action

The State of Texas
Defendant

## II (A)
### Interrogatorie

① On January 30, 2019, 9:00 A.M. in 435th District Court, I was sent on bench-warrant for Civil Committment Hearing.

② At the Hearing, I was given paper work showing that in May 21, 2013 I was put on Civil-Committment.

③ On 4-17-2008 my charges with my mother in law was dismissed and these (9) people still making me do time.

④ At the Hearing on January 30, 2019. I was given a paper, Restricted + Confidential page (5) showing my case dismissed 4-17-2008.

⑤ The Law was very clear, it takes two (2) Sex-Charges to be as the Law says. Sec. 841.003

⑥ Double Jeopardy (1984) Terrance Ormsby 676 S.W. 2d 130
Constitutional-Violation
219 S.W. 3d 396 : 2007

## III

## FACTS

THE facts is these State officals Put me on Civil Committment And Violated my Constitutional Rights by Violating the Law, My Case was Dismissed on 4-17-2008, And I was Put on Civil-Committment. Even Goree Unit Violated my Rights Also, I'm Not going to forget them, they Committed me.

## IV

THE Order of Committment was given to me on May 21, 2013 off to Court. And the Amended Order was given to me when I was called to Court Again on January 30, 2019 9:00 A.M. And Judge off In 435th Court was Honable Judge Lamar McCorkle Sitting In At 435th.

## V

Relief to Ask For from Court:

Money Damages: $80.000 A year each official for (2) Plus years.

Injunction: Compelling Speedier Release Back on Bench-Warrant, because my case been Dismissed Since 4-17-2008

(3)

# VI

## Prayer For Relief

Immediate Release within (24) Hours of this notice. 144th Bexar County. And 435th Conroe Tx.

Civil # 12-11-11615-CV

Criminal # 13-11-12584-CR.

4)

## IDENTITY OF PARTIES AND COUNSEL

**APPELLANT:**
Ronnie Ray Brooks

**TRIAL COUNSEL:**
① Ronald Chin
State Bar of Texas No. 24001881
② Huey Carter
State Bar of Texas No. 03916750
State Counsel for Offenders
P.O. Box 4005; Huntsville, Texas 77340
(936) 521-6702/(936) 521-6721 fax

**APPELLATE COUNSEL:**
③ Kenneth Nash, Appellate Chief
State Bar of Texas No. 14811030
④ Jennifer J. Furrow
State Bar of Texas No. 24078524
State Counsel for Offenders
P.O. Box 4005; Huntsville, Texas 77340
(512) 406-5969/(936) 437-5293 fax

(7) ATTORNEY'S
SENTENCED
(1) X
ILLEGALY

**APPELLEE:**
THE STATE OF TEXAS

**TRIAL COUNSEL:**
⑤ Cynthia Montemayor
State Bar of Texas No. 24067777
⑥ Britt Lindsey
State Bar of Texas No. 24039669
Special Prosecution Unit
344 State Hwy 75N, Ste 100; Huntsville, Texas 77320
(936) 291-0431

**APPELLATE COUNSEL:**
⑦ Melinda Mayo Fletcher
State Bar of Texas No. 18403630
Special Prosecution Unit
P.O. Box 1744; Amarillo, Texas 79105  (806) 367-9407/(866) 923-9253 fax

i




__BEXAR__   __COUNTY__

### MARY ANGIE GARCIA

DISTRICT CLERK

1979CR1481

09/15/2020

RONNIE RAY BROOKS

Re: RECORD REQUEST

To whom it may concern,

The Bexar County District Clerk's Office has received your recent correspondence. According to our records, there are no cases pending in Bexar county. You may want to contact Montgomery county for a pending charge. If you have any additional questions, you can contact our office at 210-335-2591.

Sincerely,
MARY ANGIE GARCIA
BEXAR COUNTY DISTRICT CLERK

BY: _____

ADINA RUIZ
DEPUTY DISTRICT CLERK

BEXAR COUNTY COURTHOUSE * 101 W. NUVEA, SUITE 217 * SAN ANTONIO, TEXAS 78205-3002 *
(210) 335-2113
www.co.bexar.tx.us/dclerk

Restricted And Confidential

Page: 5: Brooks, Ronnie R.  SID #: 01916088  TDCJ-ID #: 1359773
AKA: N/A

## MENTAL (CONTINUED):
3-15-12 UPDATE: There have been no significant changes since last report.

## SOCIAL HISTORY:
The offender completed the 10th grade in school, dropping out due to lack of interest. The offender received his GED in 2004 through the Internet in San Antonio, Texas. His employment history consists of chief mechanic, truck driver, welder, key punch operator, computer operator, computer programmer and restaurant worker. His longest period of continuous full-time employment was for 16 years in food service. At the time of the present offense he was employed as a chef and had been for a period of two and one-half years. During his last two years out of custody he reports two years employment as a chef. He denies engaging in illegal activity to supplement his income. He report no military service.

## INSTITUTIONAL ADJUSTMENT:
The offender is currently classified as Line Class I and is assigned to the Transient, pending OPI. He has completed Peer Education. He is currently enrolled in Cognitive Intervention. He is Ineligible to participate in Project RIO, Pre-Release and SVORI. Treatment is unnecessary for Academics. His current unit of assignment does not offer Substance Abuse Programs. He is pending assessment for the Sex Offender Treatment Program. He has no history of gang affiliation or involvement. He has no TDCJ gang affiliation or involvement. He has received one minor disciplinary infraction for Possession of Contraband (five sheets and four towels). He has received two major disciplinary infractions for Refusing to Accept a Housing Assignment. As punishment he received 30 days cell restriction and 45 days privilege restriction. The second major infraction was on 7-18-06 for Extortion. As punishment he received 45 days privilege restriction. He was demoted on 7-18-06 to Line Class III. He was promoted from Line Class III to Line Class II on 4-28-08, then from Line Class II to Line Class I on 10-27-08. He remains at this level.

3-15-12 UPDATE: The offender is currently classified as a SAT 3 and works in the utility squad. The offender is not currently enrolled in any educational or vocational at this time. The offender has no history of gang involvement. The offender received one minor violation since last report. Out of Place (1).

## POSITIVE CASE HISTORY CONSIDERATIONS:
GED completion
Marketable job skills
Prior probation (1) satisfactorily completed

## NEGATIVE CASE HISTORY CONSIDERATIONS:
Recidivist/repeat offender
Assaultive/violent history
Sex offender (repeated)
History of alcohol use/abuse
History of drug use/abuse
Juvenile criminal history

## CASE HISTORY ANALYSIS:
This will be the initial parole review for Mr. Brooks since returning to jail custody as an mandatory supervision violator on 9-29-05. The offender is a 53 year old male offender serving a 12 year sentence for Robbery by Threats which involved the offender robbing a female gas station attendant of approximately $100 and some gasoline and other items as mentioned on the Offense Report. The second offense the offender is serving a Sexual Assault offense, serving eight years TDCJ-ID. The offender sexually assaulted his 33 year old ex-girlfriend by forcing her into sexual intercourse. A third offense which was dismissed during 4-17-08 for Aggravated Rape involved the offender sexually assaulting his 40 year old mother-in-law on 4-4-79. Offender Brooks' strengths include his basic education, his marketable job skills, his stable employment history and one prior probation which he satisfactorily completed. His weaknesses include prior mandatory supervision violation, a repeated sex offender, an assaultive/violent history, a recidivist/repeat offender, his criminal history, and his history of alcohol and drug abuse. His first sexual experience was at age 19 with a female age 18 stating that it was consensual by both parties. The offender reports that he prefers his sexual partners to be approximately the same age as himself. However, during the 1979 Aggravated Robbery offense, the offender was age 24 at the time and he sexually assaulted his 40 year old mother-in-law. Also the Sexual Assault which occurred 6-28-05 the offender was 49 years old and he was in a sexual relationship with a 33 year old female partner. So it appears that the offender has a range of age with sex partners being older and younger than himself. The offender states he has only had four sexual partners in his lifetime. He reports that he was married one time for nine years.

① PROOF AND EXHIBIT

NO. 12-11-11615-CV

| | | |
|---|---|---|
| IN RE: THE COMMITMENT OF | § § § § § | IN THE DISTRICT COURT OF <br><br> MONTGOMERY COUNTY, TEXAS <br><br> 435TH JUDICIAL DISTRICT |
| RONNIE RAY BROOKS | | |

## NOTICE OF HEARING

This serves as notice of your due process hearing on Wednesday, January 30, 2019 at 9am.

Respectfully submitted,
Special Prosecution Unit - Civil Division

*Erin K. Faseler*

---

Erin K. Faseler
State Bar No. 24051971
1300 11th Street, Suite 520
Huntsville, TX 77340
TEL: 936-291-2369
FAX: 936-435-2473

## CERTIFICATE OF SERVICE

I certify that on this the 9th day of January, 2019, a true and correct copy of Notice of Hearing was delivered via certified mail, email, hand delivery or facsimile.

RONNIE RAY BROOKS, TDCJ #01927669
Huntsville Unit
815 12th Street
Huntsville, TX 77348

*Erin K. Faseler*

---

Erin K. Faseler



# Montgomery County District Clerk

## Melisa Miller

10-6-2020

936-539-7855    PO Box 2985 Conroe TX 77305    districtclerk@mctx.org

Date: 9/29/2020

Honorable Deana Williamson, Clerk
Court of Criminal Appeals
Box 12308 – Capitol Station
Austin, Texas 78711

IN RE:   CAUSE NO:   13-11-12284 (2)
         EX PARTE:    Ronnie Ray Brooks

(POST–CONVICTION WRIT OF HABEAS CORPUS)

Dear Ms. Williamson:

The Clerk's Record Volume 1 in the above styled cause has been filed with the Court of Criminal Appeals. Enclosed you will find a copy of the index for your convenience.

Thank you for your attention to this matter.

Sincerely,

__/S/ LT_____
Deputy Clerk


Cc: File
Cc: Bill Delmore, District Attorney
Cc: Ronnie Ray Brooks, Applicant

|  |  |  |
|---|---|---|
|  | COVER | 1 |
|  | SUMMARY | 2 |
|  | DOCKET SHEET | 3 |
|  | INDEX | 4 |
| 11.14.13 | COMPLAINT | 6 |
| 11.14.13 | INFORMATION | 7 |
| 01.30.14 | INDICTMENT | 8 |
| 04.24.14 | ADMONITIONS TO THE DEFENDANT FOR PLEA TO COURT | 9 |
| 04.24.14 | WAIVER OF PRESERVATION OF EVIDENCE AND ORDER OFR DESTRUCTION OF EVIDENCE | 11 |
| 04.24.14 | TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL | 12 |
| 04.24.14 | JUDGMENT OF CONVICTION BY COURT- WAIVER OF JURY TRIAL | 13 |
| 09.23.15 | MEMORANDUM OPINION | 15 |
| 11.17.15 | MANDATE- APPEAL DISMISSED | 17 |
| 08.20.20 | APPLICATION FOR WRIT OF HABEAS CORPUS SEEKING RELIEF FROM FINAL CONVICTION UNDER CODE 11.07 | 18 |
| 08.20.20 | MEMORANDUM OF LAW- AFFIDAVIT FOR WRTI OF HABEAS CORPUS ON DETAINER ART. 51.14 | 39 |
| 08.20.20 | DISMISSED OF COMMITTMENT CHARGE TRANSPORATION OF DEFENDANT COUNTY | 53 |
| 08.21.20 | WAIVER OF SERVICE | 54 |
| 09.08.20 | STATE'S ANSWER TO APPLICATION FOR POST- CONVICTION WRIT OF HABEAS CORPUS | 55 |

| | | |
|---|---|---|
| 09.08.20 | FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER | 61 |
| | CERTIFICATION | 64 |