UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

RONNIE RAY BROOKS,
TDCJ #1927669,

        Plaintiff

v.                                                            SA-21-CV-0074-DAE

THE STATE OF TEXAS,

        Defendant.

## JUDGMENT

Before the Court is the above-entitled cause. Upon review of the entire case file and this Court's Order dismissing Plaintiff Ronnie Ray Brooks' 42 U.S.C. § 1983 Civil Rights Complaint for failure to prosecute and failure to comply with this Court's Order, the Court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

Accordingly, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiff Ronnie Ray Brooks' Section 1983 Civil Rights Complaint (ECF No. 1) against the State of Texas is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute and failure to comply with this Court's Order.

**IT IS FURTHER ORDERED** that the above-entitled cause of action is hereby **CLOSED**.

**SIGNED** on March // 2021.

_____
DAVID A. EZRA
SENIOR UNITED STATES DISTRICT JUDGE